# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUREKA S.B.,[1] <br><br>             Plaintiff, <br><br>    v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br>             Defendant. | Case No. EDCV 20-02467 RAO <br><br> **JUDGMENT OF REMAND** |

    In accordance with the Memorandum Opinion and Order filed concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner for further proceedings.

DATED:   December 20, 2021

                                          ROZELLA A. OLIVER
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.